Neville Parker MATTHEWS, Petitioner,

v.

Honorable J. Miles POUND, Judge, Jefferson Circuit Court, Criminal Branch, Second Division, Respondent.

Court of Appeals of Kentucky.

Nov. 4, 1966.

Neville Parker Matthews, pro se.

DAVIS, Commissioner.

By his petition filed here as an original action Neville Parker Matthews seeks an order requiring the respondent judge to furnish certain court records pertaining to an inquest, so that he may use these records in a habeas corpus proceeding in the Lyon Circuit Court. We deny the relief because the records being sought are available through the processes of the Lyon Circuit Court. See Matthews v. Farabee, Commissioner, Ky., 407 S.W.2d 131, (decided October 21, 1966).

Mandamus is denied.